IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOSE VINCENTE RAMIREZ-RODRIGUEZ,<br><br>    Defendant. | CRIMINAL CASE NO.<br><br>1:13-cr-191-02-JEC-ECS |

## ORDER

This case is before the Court on the Magistrate Judge's Report and Recommendation [101] recommending accepting defendant's plea of guilty tendered on January 15, 2014.  No objections to the Report and Recommendation [101] have been filed.

It is hereby Ordered that the Court **ADOPTS** the Magistrate Judge's Report and Recommendation [101] and **ACCEPTS** the defendant's plea of guilty as to Counts One, Two, and Three of the Superseding Indictment.

SO ORDERED this 23rd day of May, 2014.

                    /s/ Julie E. Carnes
                    JULIE E. CARNES
                    CHIEF U.S. DISTRICT JUDGE

AO 72A
(Rev.8/82)